WILLIAM GLAZER ET AL. *v.* ZONING BOARD OF APPEALS
OF THE CITY OF NORWALK

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Leonard E. Trojanowski, Jr.,* in support of the petition.

*Robert A. Slavitt,* in opposition.

Submitted May 17—decided June 1, 1977

STATE OF CONNECTICUT *v.* ROBERT RAUSCHER

The state's petition for certification for appeal from the Appellate Session of the Superior Court is granted.

*Robert E. Beach, Jr.,* assistant state's attorney, in support of the petition.

*Stephen Wizner,* in opposition.

Submitted May 23—decided June 1, 1977

ETHEL E. MURPHY ET AL. *v.* STEVEN SORACCO

It appearing that the defendant in the above-entitled case has failed to defend against the named plaintiff's appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that unless the defendant files his brief on or before June 10, 1977, the judgment be set aside and the case be remanded with direction to render judgment for the named plaintiff.

*John B. Glendon,* for the appellant (named plaintiff).

*Noel R. Newman,* for the appellee (defendant).